**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7049

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JASON M. WILLIAMS,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:13-cr-00831-JFA-1)

Submitted:  March 16, 2023                          Decided:  March 21, 2023

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jason M. Williams, Appellant Pro Se.  William Kenneth Witherspoon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason M. Williams appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. We review the denial of a compassionate release motion for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.), *cert. denied*, 142 S. Ct. 383 (2021). We have reviewed the record in conjunction with Williams' arguments on appeal and discern no abuse of discretion in the court's ruling. Accordingly, we affirm the district court's order. *United States v. Williams*, No. 3:13-cr-00831-JFA-1 (D.S.C. Aug. 23, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*